```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18934
   SANFORD S MASOVITZ
   EDITH M MASOVITZ                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2872     SSN XXX-XX-5862

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/13/2007 and was confirmed 12/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSEC W/INTER       331.69             .00             .00
SAXON MORTGAGE             CURRENT MORTG          .00             .00             .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE         .00             .00             .00
SAXON MORTGAGE SERVICES    NOTICE ONLY     NOT FILED             .00             .00
FASHION BUG                UNSEC W/INTER   NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     908.86              .00             .00
ASPIRE                     UNSEC W/INTER   NOT FILED             .00             .00
RICHARD P KOMYATTE & ASS   FILED LATE        967.26              .00             .00
SPRINT BANKRUPTCY          UNSEC W/INTER    1042.20              .00             .00
T MOBILE                   UNSEC W/INTER     545.25              .00             .00
WOW INTERNET AND CABLE     UNSEC W/INTER   NOT FILED             .00             .00
CONSOLIDATED PUBLIC SERV   UNSEC W/INTER   NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER     653.57              .00             .00
COMMONWEALTH EDISON        UNSEC W/INTER    1054.32              .00             .00
WALGREENS HOME CARE INC    UNSEC W/INTER   NOT FILED             .00             .00
CITY OF CHICAGO PARKING    UNSEC W/INTER   NOT FILED             .00             .00
ALVERNO CLINICAL LAB       UNSEC W/INTER   NOT FILED             .00             .00
JACKSON PARK HOSPITAL      UNSEC W/INTER   NOT FILED             .00             .00
ENTERPRISE RENT A CAR      UNSEC W/INTER   NOT FILED             .00             .00
COMCAST                    UNSEC W/INTER   NOT FILED             .00             .00
DAILY SOUTHTOWN            UNSEC W/INTER   NOT FILED             .00             .00
CHICAGO SUN TIMES          UNSEC W/INTER   NOT FILED             .00             .00
DIABETIC LIVING MAGAZINE   UNSEC W/INTER   NOT FILED             .00             .00
HAMILTON COLLECTION        UNSEC W/INTER   NOT FILED             .00             .00
CARDIOVASCULAR CARE ASSO   UNSEC W/INTER   NOT FILED             .00             .00
NICK JR PLAY TO LEARN      UNSEC W/INTER   NOT FILED             .00             .00
TRU GREEN                  UNSEC W/INTER   NOT FILED             .00             .00
AFFIRMATIVE INSURANCE HO   UNSEC W/INTER   NOT FILED             .00             .00
MARTIN J OHEARN            DEBTOR ATTY      3,500.00                          1,894.46
TOM VAUGHN                 TRUSTEE                                              129.54
DEBTOR REFUND              REFUND                                                  .00
```

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 18934 SANFORD S MASOVITZ & EDITH M MASOVITZ

Summary of Receipts and Disbursements:

---

|                     | RECEIPTS   | DISBURSEMENTS |
|---------------------|------------|---------------|
| TRUSTEE             | 2,024.00   |               |
| PRIORITY            |            | .00           |
| SECURED             |            | .00           |
| UNSECURED           |            | .00           |
| ADMINISTRATIVE      |            | 1,894.46      |
| TRUSTEE COMPENSATION|            | 129.54        |
| DEBTOR REFUND       |            | .00           |
| TOTALS              | 2,024.00   | 2,024.00      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE